DECISIONS PER CURIAM, FROM OCTOBER 4, 1926, TO AND INCLUDING APRIL 11, 1927, OTHER THAN DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI.

No. 156. WADE JOHNSON *v.* STATE OF GEORGIA; and

No. 157. JARRETT BENFORD *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. October 4, 1926. Dismissed for want of jurisdiction. *Messrs. G. Y. Harrell, W. A. McClennan,* and *William Q. Cooper* for plaintiffs in error. *Messrs. George M. Napier* and *T. R. Gress* for defendant in error.

---

No. 247. NED HARVEY *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. October 4, 1926. Dismissed for the want of jurisdiction. *Messrs. Paul A. Sompayrac* and *A. R. Mitchell* for plaintiff in error. *Messrs. Percy Saint, John J. Robira, P. R. Schomacher,* and *S. H. Jones* for defendant in error.

---

No. 1224. JOHN LAPIQUE, ASSIGNEE OF THE ESTATE OF MIGUEL LEONIS, ET AL., *v.* DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. October 11, 1926. The petition for a rehearing of (1) the petition for a writ of mandamus; (2) the petition for a writ of certiorari; and (3) the petition for a writ of error are denied. *Mr. John Lapique, pro se.* No appearance for respondents.